## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND TARTE, | : | CIVIL ACTION NO. |
| Plaintiffs, | : | |
| vs. | : | No. 2:24-cv-04951-CH |
| | : | |
| GILBANE BUILDING COMPANY, ABC | : | |
| SUBCONTRACTORS 1-5, and JOHN or | : | |
| JANE DOES 1-5, | : | |
| Defendants. | : | |

### ORDER OF DISMISSAL

**AND NOW,** this ____ day of _____, 2025, this matter having been amicably resolved between all parties, Plaintiff Raymond Tarte ("Plaintiff") and Defendants, Gilbane Building Company, ABC Subcontractors 1-5 and John or Jane Does 1-5, ("Defendants"), and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), and for good cause shown, it is hereby **ORDERED** and **DECREED** that that any and all claims brought, made, averred and/or set forth by Plaintiff against Defendants are **DISMISSED**, without costs and with prejudice.

BY THE COURT:

_____
**JUDGE CATHERINE HENRY**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND TARTE, | : | CIVIL ACTION NO. |
| Plaintiffs, | : | |
| vs. | : | No. 2:24-cv-04951-CH |
| | : | |
| GILBANE BUILDING COMPANY, ABC | : | |
| SUBCONTRACTORS 1-5, and JOHN or | : | |
| JANE DOES 1-5, | : | |
| Defendants. | : | |

## **STIPULATION OF DISMISSAL**

IT IS hereby stipulated and agreed by Plaintiff, Raymond Tarte, ("Plaintiff") that any and all claims brought, made, averred and/or set forth by Plaintiff against Defendants, Gilbane Building Company, ABC Subcontractors 1-5 and John or Jane Does 1-5, ("Defendants"), are hereby **DISMISSED** without costs and **WITH PREJUDICE**.

The parties further consent to the use of electronic signatures on this document.

**THE FEGLEY LAW GROUP**

*/s/ Scott I. Fegley*
Scott I. Fegley, Esquire (#51179)
Makefield Executive Quarters
301 Oxford Valley Road, Suite 402A
Yardley, PA 19067
(215)493-8287
scott@fegleylaw.com
*Attorney for Plaintiff*

**GOLDBERG SEGALLA LLP**

*/s/Matthew C. Wilson*
Matthew C. Wilson, Esquire (#78270)
Christina L. Capobianco, Esquire (#95105)
1700 Market Street, Suite 3232
Philadelphia, PA 19103
(267)519-6800
mwilson@goldbergsegalla.com
ccapobianco@goldbergsegalla.com
*Attorneys for Defendant, Gilbane Building Company*

## CERTIFICATE OF SERVICE

I, Matthew C. Wilson, Esquire, hereby certify that on this date a true and correct copy of the foregoing Stipulation of Dismissal was filed with the Court and served upon all counsel of record via the ECF System.

GOLDBERG SEGALLA LLP

*/s/Matthew C. Wilson*
Matthew C. Wilson, Esquire
*Attorneys for Defendant, Gilbane Building Company*

Dated:  October 28, 2025